[No. 60681-6-I. Division One. September 22, 2008.]

JEFFREY POOLE ET AL., *Appellants*, v. DARREN WATTS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-06115-2, Ronald L. Castleberry, J., entered August 22, 2007. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid and Ellington, JJ.

[No. 60713-8-I. Division One. September 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. AMY BETH GRAYSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-08766-2, Kenneth Comstock, J. Pro Tem., entered September 7, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60876-2-I. Division One. September 22, 2008.]

*In the Matter of the Dependency of* D.K.M.

CHRISTA LEEANN MAY ET AL., *Respondents*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-7-02631-1, Ronald Kessler, J., entered October 16, 2007. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 60934-3-I. Division One. September 22, 2008.]

ALISA A. JOHNSON ET AL., *Appellants*, v. ANTHONY MERNAUGH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-37173-9, Charles W. Mertel, J., entered November 13, 2007. *Affirmed* by unpublished per curiam opinion.